NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYOOMARS T. KARIMI, an Individual, and WILLIAM Y. HALL, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO, an unknown business entity, and ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: EDCV11-00461 RGK (OPx)<br><br>[The Honorable R. Gary Klausner, Ctrm. 850]<br><br>[~~PROPOSED~~]<br>**JUDGMENT OF DISMISSAL** |

On May 4, 2011, this Court entered an Order granting the motion of defendant WELLS FARGO BANK, N.A. (sued as "Wells Fargo, an unknown business entity", but which is also known as Wachovia Mortgage, a division of Wells Fargo Bank, N.A., successor by merger of Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB) ("Wells Fargo"), to dismiss the complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In accordance with that Order:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Plaintiffs' Complaint is dismissed with prejudice.
2. Plaintiffs Kayoomars T. Karimi and William Hall shall take nothing from defendant Wells Fargo.

IT IS SO ORDERED.

Dated: May 10, 2011

*/s/ Gary Klausner*
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE